ORIGINAL

# In the United States Court of Federal Claims

No. 17-173C
(Filed October 18, 2017)
NOT FOR PUBLICATION

FILED
OCT 18 2017
U.S. COURT OF
FEDERAL CLAIMS

```
* * * * * * * * * * * * * * * * * * * * * * * *
                                               *
                                               *
RONALD FRANCIS CROTEAU,                        *
                                               *
                    Plaintiff,                 *
          v.                                   *
                                               *
THE UNITED STATES,                             *
                                               *
                    Defendant.                 *
                                               *
* * * * * * * * * * * * * * * * * * * * * * * *
```

## ORDER

On October 2, 2017, the Clerk's office received a document submitted by Mr. Croteau, styled "MOTION TO REDUCE TO JUDGMENT ON THE MERITS." This document was filed, notwithstanding that Mr. Croteau's case was dismissed for lack of subject-matter jurisdiction in an opinion issued September 22, 2017, and that this case was accordingly closed on September 25, 2017.

On the off-chance that Mr. Croteau's document could be considered a motion for relief from judgment under Rule 60 of the Rules of the United States Court of Federal Claims (RCFC), the government has responded to the paper, arguing that the Court properly dismissed the case for lack of subject-matter jurisdiction pursuant to RCFC 12(b)(1). But Mr. Croteau's paper does not mention the opinion dismissing his case, and instead merely repeats the arguments made in his previous filings. It is likely that this document was created and mailed before Mr. Croteau was aware of the September 22 opinion, as he signed and mailed the document on the same date (September 25, 2017) that the opinion was delivered to his prison. The document, thus, appears to be a motion for summary judgment under RCFC 56, which is **DENIED** as moot.

In the alternative, were the paper to be construed as a motion for reconsideration under RCFC 59, or for relief from judgment under RCFC 60, it is nevertheless **DENIED** for lack of a proper ground for such relief. *See* RCFC 59(a)(1), 60(b). Merely reiterating previously rejected legal arguments is not

sufficient under these rules. *See Res Rei Dev., Inc. v. United States*, No. 15-1256C, 2017 WL 280890, at *1 (Fed. Cl. January 23, 2017); *Delpin Aponte v. United States*, No. 05-1043C, 2014 WL 3725933, at *1 (Fed. Cl. July 23, 2014).

**IT IS SO ORDERED.**

VICTOR J. WOLSKI
Judge